# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-7152**                              **September Term, 2025**

FILED ON: JULY 7, 2026

ZIA CHISHTI AND SARAH POBERESKIN,
APPELLANTS

v.

TATIANA SPOTTISWOODE, ET AL.,
APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-03490)

---

Before: CHILDS and PAN, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order dismissing the amended complaint for failure to state a claim pursuant to Rule 12(b)(6) and the order dismissing the case with prejudice be affirmed, in accordance with the opinion of the court filed herein this date.

## Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/

Michael C. McGrail
Deputy Clerk

Date: July 7, 2026

Opinion for the court filed by Senior Circuit Judge Rogers.