# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7152**                    **September Term, 2025**

**1:22-cv-03490-ABJ**

**Filed On: July 7, 2026** [2182060]

Zia Chishti and Sarah Pobereskin,

     Appellants

    v.

Tatiana Spottiswoode, et al.,

     Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

        BY:   /s/
                  Michael C. McGrail
                  Deputy Clerk